UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RUBINSTEIN & ASSOCIATES, PLLC,

        Plaintiff,

   v.

ENTREPRENEUR MEDIA, INC.,

        Defendant.
---------------------------------------------------------------X

JUDGMENT

20-CV-4173 (RPK) (ST)

     A Memorandum and Order of the Honorable Rachel P. Kovner, United States District Judge, having been filed on August 13, 2021, adopting the Report and Recommendation of Magistrate Judge Steven Tiscione, dated June 21, 2021, granting EMI's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1); and dismissing this case for lack of subject-matter jurisdiction; it is

     ORDERED and ADJUDGED that EMI's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) is granted; and that this case is dismissed for lack of subject-matter jurisdiction.

Dated: Brooklyn, New York
       August 16, 2021

Douglas C. Palmer
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk